Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Diamond Scaffold Services, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **75-3042718** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2585 Front St**<br>**Slidell, LA 70458-3935**<br>Number, Street, City, State & ZIP Code | **PO Box 242**<br>**Fairhope, AL 36533-0242**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Mobile**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | **2585 Front St Slidell, LA 70458-3935**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.diamondscaffold.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

532490

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply.*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **June 21, 2022**
               MM / DD / YYYY

X **/s/ Jewell Wayne Sumrall** _____      **Jewell Wayne Sumrall** _____
Signature of authorized representative of debtor          Printed name

Title    **President** _____

---

**18. Signature of attorney**
     X **/s/ Alexandra K. Garrett** _____      Date **June 21, 2022**
         Signature of attorney for debtor                  MM / DD / YYYY

     **Alexandra K. Garrett**
     Printed name

     **Silver, Voit & Garrett**
     Firm name

     **4317-A Midmost Dr.**
     **Mobile, AL 36609**
     Number, Street, City, State & ZIP Code

     Contact phone    **(251) 343-0800**      Email address    **agarrett@silvervoit.com**

     **GARRA3702**
     Bar number and State

Fill in this information to identify the case:

Debtor name **Diamond Scaffold Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 21, 2022**   X **/s/ Jewell Wayne Sumrall**
_____
Signature of individual signing on behalf of debtor

**Jewell Wayne Sumrall**
_____
Printed name

**President**
_____
Position or relationship to debtor

| Debtor name | **Diamond Scaffold Services, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AAIT/Technocrat 11515 Crosby Fwy Houston, TX 77013-5449** | | **Trade debt** | | | | **$667,163.17** |
| **Alabama Department of Revenue Legal Division PO Box 320001 Montgomery, AL 36132-0001** | | **Taxes & Other Govt Debts** | **Unliquidated** | | | **$80,423.50** |
| **Allegiance Financial Group, Inc. 2935 Country Dr Little Canada, MN 55117-1183** | | **Equipment Lease** | | | | **$171,332.72** |
| **Arnold McElroy c/o John W. Scott Scott Dukes & Geisler, 211 22nd St N Birmingham, AL 35203-3707** | | **Contractual. Lawsuit.** | **Contingent Unliquidated Disputed** | | | **$4,400,000.00** |
| **BSL Scaffolding USA 7115 Satsuma Dr # A Houston, TX 77041-1811** | | **Trade debt** | | | | **$283,328.34** |
| **Carboline Company PO Box 931942 Cleveland, OH 44193-0004** | | **Trade debt** | | | | **$64,828.32** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | Diamond Scaffold Services, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cheetah Capital 1820 Avenue M Ste 1971 Brooklyn, NY 11230-5347 | Mitch Milli (929) 605-4137 | Bank loan | Contingent Unliquidated Disputed | | | $115,500.00 |
| Dynasty Capital 26 LLC 9614 Metropolitan Ave Ste 2 Forest Hills, NY 11375-6675 | | Money Loaned | Contingent Unliquidated Disputed | | | $100,000.00 |
| Imperial Funding LLC 112 Spring Brook Rd Morristown, NJ 07960-6324 | Josh (845) 445-5551 | Money Loaned | Contingent Unliquidated Disputed | $1,100,000.00 | $76,000.00 | $1,024,000.00 |
| Internal Revenue Service Centralized Insolvency Service PO Box 7346 Philadelphia, PA 19101-7346 | | Withholding taxes | Unliquidated | | | $883,677.26 |
| Lawrence & Lawrence PC PO Box 160387 Mobile, AL 36616-1387 | | Professional services | | | | $43,413.90 |
| Louisiana Department of Revenue Collection Division, Bnkr. Sec. PO Box 66658 Baton Rouge, LA 70896-6658 | | Taxes & Other Govt Debts | Unliquidated | | | $103,799.04 |
| Mazuma Capital Corp. 274 W 12300 S Draper, UT 84020-8080 | | Equipment Lease | | | | $116,613.00 |
| Primary Freight, Inc. PO Box 163 Brillion, WI 54110-0163 | | Trade debt | | | | $71,900.00 |
| Reserve Capital Management 77 Water St New York, NY 10005-4401 | Moe (732) 773-7030 | Money Loaned | Contingent Unliquidated Disputed | | | $200,000.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Robin W. Goldsmith 3 Heron St New Orleans, LA 70124-4303 | | Real Property Lease | | | | $46,229.07 |
| Step Up Scaffold 10550 Beaumont Hwy Houston, TX 77078-4916 | | Trade debt | | | | $120,548.72 |
| Technology Ins. c/o Brian M. Cloud Cloud Willis & Ellis, 3928 Montclair Rd Ste 227 Birmingham, AL 35213-2435 | | Consent judgment. Insurance | Unliquidated | | | $65,000.00 |
| Texas Department of Revenue Revenue Accounting Div. Bankr. Sec. PO Box 13528 Austin, TX 78711-3528 | | Taxes & Other Govt Debts | | | | $52,953.90 |
| Warren Averett 3815 Interstate Ct Montgomery, AL 36109-5234 | | Professional services | | | | $31,707.50 |

# United States Bankruptcy Court
## Southern District of Alabama, Mobile Division

In re __Diamond Scaffold Services, LLC__      Case No. _____

                Debtor(s)      Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | _____ |
| Prior to the filing of this statement I have received | $ | _____ |
| Balance Due | $ | _____ |

     ■ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | 66,835.14 |
| The undersigned shall bill against the retainer at an hourly rate of | $ | 66,835.14 |

     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Debtor's counsel has not agreed to provide representation outside of the bankruptcy court.**

In re  **Diamond Scaffold Services, LLC**                          Case No. _____

_____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 21, 2022**                                   **/s/ Alexandra K. Garrett**

*Date*                                            **Alexandra K. Garrett**

                                                 *Signature of Attorney*

                                                 **Silver, Voit & Garrett**

                                                 **4317-A Midmost Dr.**
                                                 **Mobile, AL 36609**
                                                 **(251) 343-0800**
                                                 **agarrett@silvervoit.com**

                                                 *Name of law firm*

Software Copyright (c) 2022 CINGroup - www.cincompass.com

## United States Bankruptcy Court
## Southern District of Alabama, Mobile Division

**IN RE:**                                                          Case No. _____

**Diamond Scaffold Services, LLC**                    Chapter **11** _____
                          Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 21, 2022** _____   Signature: */s/ Jewell Wayne Sumrall* _____
                                                     **Jewell Wayne Sumrall, President**                    Debtor

Date: _____   Signature: _____
                                                                                    Joint Debtor, if any

Software Copyright (c) 2022 CINGroup - www.cincompass.com

221 Saint Ann Street, LLC
221 Saint Ann Dr Ste 2
Mandeville, LA  70471-3474


AAIT/Technocrat
11515 Crosby Fwy
Houston, TX  77013-5449


ABC Waste
308 B Sullivan Dr
Bogalusa, LA  70427


Accident Fund Insurance Company
PO Box 734928
Chicago, IL  60601-4928


Action Stock Transfer Group
2469 E Fort Union Blvd Ste 214
Salt Lake City, UT  84121-3374


Adams & Reese LLP
Dept 5208
PO Box 2153
Birmingham, AL  35287-0002


Airgas USA, LLC
PO Box 734672
Dallas, TX  75201-4672

Alabama Department of Revenue
Legal Division
PO Box 320001
Montgomery, AL  36132-0001


Alere Toxicology
Products Division
PO Box 734598
Chicago, IL  60601


Allegiance Financial Group, Inc.
2935 Country Dr
Little Canada, MN  55117-1183


Ally Financial Inc.
PO Box 380901
Bloomington, MN  55438-0901


Aluma Systems
PO Box 91473
Chicago, IL  60693-1473


American Medical Response
PO Box 198408
Atlanta, GA  30384-8408


AmeriGas
PO Box 660288
Dallas, TX  75266-0288

Apex Freight Brokers
PO Box 11081
Memphis, TN  38111-0081


Arnold McElroy
c/o John W. Scott Scott Dukes & Geisler,
211 22nd St N
Birmingham, AL  35203-3707


Arrow Exterminators
2520 Highway 98
Daphne, AL  36526


AssuredPartners
600 Jefferson St Ste 200
Lafayette, LA  70501-8922


AT&T
PO Box 6463
Carol Stream, IL  60197-6463


Athens Utility Board
PO Box 689
Athens, TN  37371-0689


Atlas Fire Protection
PO Box 713
Athens, TN  37371-0713

Axxess Networks, LLC
650 Sentry Pkwy Ste 1
Blue Bell, PA  19422-2318


Baldwin County Commision
PO Box 1549
Bay Minette, AL  36507-1549


Bay Specialty Services, Inc.
5975 Rangeline Rd
Theodore, AL  36582-5275


BizFilings
8020 Excelsior Dr Ste 200
Madison, WI  53717-1998


Blue Cross Blue Shield of Alabam
Payment Processing
PO Box 360037
Birmingham, AL  35236


BMO Harris Bank N.A.
PO Box 35704
Billings, MT  59107-5704


BMO Transportation Finance
PO Box 71951
Chicago, IL  60694-1951

Brian Wycoff
c/o Matt Green Law
501 Government St Ofc
Mobile, AL  36602-2017


BSL Scaffolding USA
7115 Satsuma Dr # A
Houston, TX  77041-1811


Byrd Capital LLC
123 Terra Bella Blvd Ste 1A
Covington, LA  70433-8241


Carboline Company
PO Box 931942
Cleveland, OH  44193-0004


Central Florida Expressway Authority
PO Box 720218
Orlando, FL  32872-0218


Charles Burger
c/o Robert J. Hedge Hedge Copland, P.C.
1206 Dauphin St
Mobile, AL  36604-2514


Cheetah Capital
1820 Avenue M Ste 1971
Brooklyn, NY  11230-5347

CIT
21146 Network Pl
Chicago, IL  60673-1211


City of Galena Park
2000 Clinton Dr
Galena Park, TX  77547-2837


Classic Industrial Services Inc.
PO Box 412007
Boston, MA  02241


Coasta Environmental Services of  LA LLC
63209 Highway 434
Lacombe, LA  70445-3204


Collins Oil Company
PO Box 2456
Cleveland, TN  37320-2456


Comcast Business - TN, FL
PO Box 2127
Norcross, GA  30091-2127


Comcast Business - TX
PO Box 60533
City of Industry, CA  91716-0533

Cowan Logistics LLC
4555 Hollins Ferry Rd
Baltimore, MD  21227-4610


CT Corporation System, as representative
ATTN: SPRS
330 N Brand Blvd Ste 700
Glendale, CA  91203-2336


De Lage Landen Financial Services, Inc
PO Box 41602
Philadelphia, PA  19101-1602


DEcisions 1 LLC
23125 Chicago St
Robertsdale, AL  36567-3033


Deluxe Checks
PO Box 4656
Carol Stream, IL  60197-4656


DEX Imaging Inc.
PO Box 17299
Clearwater Beach, FL  33762-0299


Diamond Air, LLC
51699 Finch Ln
Independence, LA  70443-2525

Diamond Companies, Inc.
909 Plantation Blvd
Fairhope, AL  36532-2949


Diamond Construction Services, LLC
909 Plantation Blvd
Fairhope, AL  36532-2949


Diamond DE-CON, LLC
1018 Dutch Rd
Franklinton, LA  70438


Diamond Holdings, Inc.
435 Bellvale Rd
Chester, NY  10918-3115


Diamond Pest Control
243 Timber Ridge Dr
Slidell, LA  70460-6519


Diamond Scaffold Builders, LLC
909 Plantation Blvd
Fairhope, AL  36532-2949


Diamond Scaffold Services Group, Inc.
909 Plantation Blvd
Fairhope, AL  36532-2949

Diamond Scaffold Services Group, Inc.
3405 Hurricane Bay Dr
Theodore, AL  36582-5227


Dieu Dang
c/o Jason Ruiz Morris Bart LTD
1712 15th St Ste 300
Gulfport, MS  39501-2140


DMV, LLC
913 Plantation Blvd
Fairhope, AL  36532-2949


Doctors Urgent Care, LLC
985 Robert Blvd Ste 101
Slidell, LA  70458-2063


Dynasty Capital 26 LLC
9614 Metropolitan Ave Ste 2
Forest Hills, NY  11375-6675


Eagle Industries
PO Box 10652
New Orleans, LA  70181-0652


Epic Companies, LLC
c/o Eric M. English Porter Hedges LLP
1000 Main St Fl 36
Houston, TX  77002-6341

Equipment Inc.
PO Box 1987
Jackson, MS  39215-1987


ETFE Rentals
724 C S Congress Pkwy
Athens, TN  37303


ETFE Rentals - Mike and Bonnie Graves
724 Congress Pkwy S # C
Athens, TN  37303-2262


Express Care
PO Box 10256
Loves Park, IL  61131-3156


Express Services, Inc.
PO Box 535434
Atlanta, GA  30353-6220


Fairhope Public Utilities
161 N Section St
Fairhope, AL  36532-2426


FDOT
PO Box 31241
Tampa, FL  33631-3241

FDOT Turnpike Enterprise
PO Box 310
Ocoee, FL  34761-0310


Fifth Third Bank Cincinnati
PO Box 630778
Cincinnati, OH  45263-0778


First Guaranty Bank
400 E Thomas St
Hammond, LA  70401-3320


Fisher, Brown, Bottrell Insurance, Inc.
PO Box 1490
Jackson, MS  39215-1490


Florida Department of Revenue
Attn: Mark Hamilton Office of General Co
PO Box 6668
Tallahassee, FL  32314-6668


Foley Shechter Ablovatsky LLP
1359 Broadway Rm 2001
New York, NY  10018-7833


Ford Motor Credit Co.
PO Box 105704
Atlanta, GA  30348-5704

Freedom Scaffold, LLC
6336 E Tecumseh St
Tulsa, OK  74115-4336


Freight Logistics
PO Box 38758
Greensboro, NC  27438-8758


Fruci and Associates II, PLLC
802 N Washington St
Spokane, WA  99201-2297


Fusion Trucking LLC
11926 Braewick Dr
Houston, TX  77035-4108


Gas and Supply
125 Thruway Park Rd
Broussard, LA  70518-3601


GeauxNet LLC
14280 Wall Rd
Independence, LA  70443-2166


General Work Products, LLC
6000 Jefferson Hwy
Harahan, LA  70123-5119

Granite State Services, LLC
PO Box 832
Lutcher, LA  70071-0832


Gulf Coast Occupational Medicine, Inc
15389 Airline Hwy
Baton Rouge, LA  70817-7312


Herc Rentals
PO Box 936257
Atlanta, GA  31193-6257


High Reach Company LLC
615 Hickman Cir
Sanford, FL  32771-6904


Highclass Hotshot LLC
4330 Peggy Way
Bartow, FL  33830-8817


Honest Funding LLC
15440 Broad Brush Dr
Sun City Center, FL  33571


Imperial Funding LLC
112 Spring Brook Rd
Morristown, NJ  07960-6324

Innovative Heat Treatment Solutions
4484 Genoa Red Bluff Rd Ste D
Pasadena, TX  77501


Integrity IT Services Inc.
5219 Highway 90 W Ste C
Mobile, AL  36619-4209


Internal Revenue Service
Centralized Insolvency Service
PO Box 7346
Philadelphia, PA  19101-7346


J&G Logistics, LLC
PO Box 1949
Sugar Land, TX  77487-1949


Jeffrey T. Varsalone
Porter Hedges LLP
1000 Main St Fl 36
Houston, TX  77002-6341


Jewell Randall
51699 Finch Ln
Independence, LA  70443-2525


Jewell Wayne Sumrall
PO Box 242
Fairhope, AL  36533-0242

John W. Scott
Scott Dukes & Geisler, P.C.
211 22nd St N
Birmingham, AL   35203-3707


Jon-Jeff LLC
c/o Jefferey R. Sport
3755 Professional Pkwy # B
Mobile, AL   36609-5414


Kentucky Department of Revenue
Legal Support Branch-Bankruptcy
PO Box 5222
Frankfort, KY   40602-5222


Kentwood Springs
PO Box 660579
Dallas, TX   75266-0579


Key Risk
PO Box 631188
Cincinnati, OH   45263-1188


LandCoast Insulation, Inc.
PO Box 14110
New Iberia, LA   70562-4110


Lawrence & Lawrence PC
PO Box 160387
Mobile, AL   36616-1387

LexJet
PO Box 53877
Atlanta, GA  30301-8577


Lightspeed Security Surveillance
526 Kingwood Dr Ste 181
Kingwood, TX  77339-4473


Lone Star Temp Services, Inc.
PO Box 154489
Irving, TX  75015-4489


Louisiana Department of Revenue
Collection Division, Bnkr. Sec.
PO Box 66658
Baton Rouge, LA  70896-6658


Mazuma Capital Corp.
274 W 12300 S
Draper, UT  84020-8080


McMinn County, Tennessee
County Courthouse
6 E Madison Ave
Athens, TN  37303-3697


MedExpress
PO Box 7691
Belfast, ME  04915-7900

Melvin Baker
c/o Desmond Tobias Tobias & Comer Law, L
1203 Dauphin St
Mobile, AL  36604-2513


Michael W. Campbell
Caffery, Ourbe, Campbell
100 E Vermilion St Ste 201
Lafayette, LA  70501-6939


Mississippi Department of Revenue
Attn: Bankruptcy Section
PO Box 22808
Jackson, MS  39225-2808


Nationwide Notice
PO Box 542165
Lake Worth, FL  33454-2165


NC Quick Pass
PO Box 71116
Charlotte, NC  28272-1116


North Carolina Dept. of Revenue
PO Box 1168
Raleigh, NC  27602-1168


Occupational Health Centers of US, Inc.
3010 Lyndon B Johnson Fwy Ste 400
Dallas, TX  75234-2741

Penske Truck Leasing
PO Box 532658
Atlanta, GA  30353-2658


Performance Contracting Inc.
PO Box 872346
Kansas City, MO  64187-2346


Personal Concepts
PO Box 5750
Carol Stream, IL  60197-5750


Pitney Bowes Inc.
PO Box 371896
Pittsburgh, PA  15250-7896


Platinum Copier Solutions
3930 FM 1960 Rd E
Humble, TX  77338-5361


Potchartrain Hardware & Lumber Co., Inc.
3320 Pontchartrain Dr
Slidell, LA  70458-4828


Primary Freight, Inc.
PO Box 163
Brillion, WI  54110-0163

Priority Systerms
5221 W Napoleon Ave
Metairie, LA  70001-2266


Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874


Quill.co
PO Box 37600
Philadelphia, PA  19101-0600


Registered Agent Solutions, Inc.
PO Box 7410517
Chicago, IL  60601


Reliant
PO Box 650475
Dallas, TX  75265-0475


Republic Services
PO Box 78829
Phoenix, AZ  85062-8829


Reserve Capital Management
77 Water St
New York, NY  10005-4401

Riverlink
PO Box 70
Perry, NY  14530-0070


Robin W. Goldsmith
3 Heron St
New Orleans, LA  70124-4303


Sarasota Tea Company
909 Plantation Blvd
Fairhope, AL  36532-2949


Scaffold Engineering, Inc.
244 FM 306 Ste 120
New Braunfels, TX  78130-5487


Scott Logistics Corp.
PO Box 391
Rome, GA  30162-0391


Sertant Capital, LLC
Attn:
412 Eagle Crest Way
Rio Vista, CA  94571-2275


Sertant Capital, LLC
Attn: Marilou Yuson
412 Eagle Crest Way
Rio Vista, CA  94571-2275

Skyridge Clinical Associates DBA Tennova
Healthworks
1060 Peerless Xing Ste 200
Cleveland, OH  44101


Slidell Memorial Hospital
PO Box 679540
Dallas, TX  75267-9540


Smoky Mountain Water
PO Box 449
Athens, TN  37371-0449


Southern Sfety Shield, Inc.
15074 Hoffman Court Dr
Hammond, LA  70403-1116


Southern Tire Mart
Dept. 143
PO Box 1000
Memphis, TN  38148-0001


Sparks Power Inc.
14280 Wall Rd
Independence, LA  70443-2166


Spectrum Business
Charter Communications
PO Box 94188
Palatine, IL  60094

Step Up Scaffold
10550 Beaumont Hwy
Houston, TX  77078-4916


Strategic Investments, LLC
492 W 5th St
LA Place, LA  70068-3944


Sumrall Development & Construction Corp.
1018 Dutch Rd
Franklinton, LA  70438


Sun Coast Resources, Inc.
6405 Cavalcade St Bldg 1
Houston, TX  77026-4315


Sunbelt Paper & Packaging, Inc.
PO Box 521
Saginaw, AL  35137-0521


Sunbelt Rentals
PO Box 409211
Atlanta, GA  30384-9211


Suntrust (Truist)
PO Box 791144
Baltimore, MD  21279-1144

Superior Nationwide Logistics
PO Box 4897
Houston, TX  77210-4897


Sweetwater Hospital Association
304 Wright St
Sweetwater, TN  37874-1181


Technology Ins.
c/o Brian M. Cloud Cloud Willis & Ellis,
3928 Montclair Rd Ste 227
Birmingham, AL  35213-2435


Teletrac Navman
32472 Collection Center Dr
Chicago, IL  60693-0324


Tennessee Dept. of Revenue
Attn: Bankruptcy and Collections
500 Deaderick St
Nashville, TN  37242-0001


Texas Department of Revenue
Revenue Accounting Div. Bankr. Sec.
PO Box 13528
Austin, TX  78711-3528


The LCF Group
3000 Marcus Ave Ste 2W15
New Hyde Park, NY  11042-1005

The University of MS Medical Center
PO Box 3488
Tupelo, MS  38803


Transportaion Safety Services
PO Box 1290
Daphne, AL  36526-1290


Trident Transportation, LLC
PO Box 9283
Chattanooga, TN  37412-0283


United Rentals
PO Box 100711
Atlanta, GA  30384-0711


Uniti Fiber
PO Box 841153
Dallas, TX  75284


Vcheck Global
5979 W 3rd St Ste 200
Los Angeles, CA  90036-2834


Venture Vandamium Inc.
1018 Dutch Rd
Franklinton, LA  70438

Volunteer Energy Cooperative
PO Box 22222
Decatur, TN  37322-2222


Volunteer Rid A Pest
633 Mimosa Dr NW
Cleveland, TN  37312-3939


Warren Averett
3815 Interstate Ct
Montgomery, AL  36109-5234


Washington St. Tammany Electric
Electric Cooperative
PO Box 697
Franklinton, LA  70438


Water Boy, Inc.
4454 19th Street Ct E
Bradenton, FL  34203-3775


Webb-Rite Safety, Inc.
670 Allendale Dr
Port Allen, LA  70767-3237


William Andrews
Andrew Myers, P.C.
1885 Saint James Pl Fl 15
Houston, TX  77056-4175

```
Wooten Transports, Inc.
PO Box 725
Memphis, TN  38101-0725


Zewald Trucking Services, Inc.
10707 Craighead Dr
Houston, TX  77025-5801
```